**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-21130 | JRS | Judge: | James R. Sacca | Trustee Name: | Bradley J. Patten, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David Lester Sexton | | | | Date Filed (f) or Converted (c): | 06/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 12/31/2018 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5320 Dahlonega Hwy., Cumming Ga 30028 | 340,000.00 | 0.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. 22 mag pistol | 150.00 | 0.00 | | 0.00 | FA |
| 4. Clothes | 800.00 | 0.00 | | 0.00 | FA |
| 5. Wedding ring | 400.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 7. Citizens Bank of Forsyth County checking account | 0.57 | 0.00 | | 0.00 | FA |
| 8. Potential remainder interest in mother's testamentary trust | Unknown | 0.00 | | 0.00 | FA |
| 9. Hens and rooster | 140.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $344,790.57 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Chapter 7 Trustee is continuing to evaluate the real property listed as Asset 1; however, the Chapter 7 Trustee has shown the asset as fully administered with an anticipated net of $0.00 for now based on information gathered to date including consideration of debts encumbering the property.

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 11/30/2019

Trustee Signature:    /s/ Bradley J. Patten, Trustee    Date: 01/31/2019

Bradley J. Patten, Trustee
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381